UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 22-CR-60084-RS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**JULIO MITJANS,**

    **Defendant.**

_____/

## UNOPPOSED MOTION TO PERMIT TRAVEL

**COMES NOW** the undersigned law firm, counsel for JULIO MITJANS, and respectfully files this Motion to Allow Travel, and in support thereof, would show to the Court as follows:

1. That the Defendant's surrender date is set for Tuesday, January 3, 2023 before 12:00 p.m.;

2. That the Defendant has adhered to all conditions of his Pretrial Release;

3. That Defendant respectfully requests that this Honorable Court enter an Order, granting that he be able to take his family for a vacation for the Christmas holiday, to Disney World, from Friday, December 23, 2022 to Tuesday, December 27, 2022; Defendant and his family have made reservations and will be staying at Disney's Marriot's Grande Vista, 5925 Avenida Vista, Orlando, Florida 32821 (see attached Exhibit I);

4. That this will be the last trip that the Defendant will be taking with his wife and daughters, prior to his surrender;

5. Undersigned counsel's office has conferred with AUSA Donald Chase, who has indicated that he has no objection to the foregoing request.

**WHEREFORE,** the undersigned respectfully requests the Court enter its Order allowing Defendant travel with his family to Orlando from the dates of December 23, 2022 to December 27, 2022.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of November, 2022, the foregoing document has been electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day to all on this day to all counsel of record or pro se parties, either via Transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

J. DAVID BOGENSCHUTZ & ASSOCIATES, P.A.
Attorneys for Defendant
633 S.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301
Phone: (954) 764-2500

BY: /S/ J. David Bogenschutz
J. DAVID BOGENSCHUTZ, ESQ.
Florida Bar No: 131174
david@bogenschutzpa.com

BY: /S/ Kevin W. Gardiner
KEVIN W. GARDINER, ESQ.
Florida Bar No.:1011314
kevin@bogenschutzpa.com

EXHIBIT I

EXHIBIT I

**Confirmation #:**  97176906  |  **Transaction date:**  21 Oct 2022



## GET READY TO EXPLORE THE BEAUTY OF MARRIOTT'S GRANDE VISTA

Dear Julio Mitjans,

Welcome to Marriott's Grande Vista. We're excited about you coming to visit our resort. Feel free to contact us for our favorite recommendations or area activities, dining, excursions, and more.

# Marriott's Grande Vista

**5925 AVENIDA VISTA ORLANDO FLORIDA 32821**

**PHONE: 407-238-7676**

| | |
|---|---|
| Check-In: | 23 Dec 2022 at 4 p.m. |
| Check-Out: | 27 Dec 2022 at 10 a.m. |
| # of Night(s): | 4 Night(s) |
| Room Type: | 2 Bedroom Villa, 2 Bathrooms |
| STAY PREFERENCES | |
| Accessibility: | None |
| Hearing Accessible: | No |
| GUEST PROFILE | |
| Name (Primary): | Julio Mitjans |
| Marriott Bonvoy #: | 297081020 |
| # Of Guests: | 5 |
| Guest E-mail: | juliocmitjans@gmail.com |

usage details

| | |
|---|---|
| **POINTS APPLIED:** | **2350** |
| **Contract:** | 1620040 |
| **Usage Type:** | MVCD Trust Hold 120 |
| **Usage Year:** | 2019 |
| **Applied:** | 2350 |

**IMPORTANT INFORMATION**

Modification and Cancellation Policies:

For the Vacation Club Points applied to your reservation:

- Cancellations made 61 days or more prior to the arrival date, the points are fully refunded
- Cancellations made 60 days or less prior to the arrival date, the points will be returned in a holding account

If Premium Points were applied to your reservation:

- Cancellations made 61 days or more prior to the arrival date, the points will be returned in a holding account
- Cancellations made 60 days or less prior to the arrival date, the points will be forfeited.

Your reservation confirmation number and all other reservation details will be sent to all of the email addresses you have provided above. Marriott Vacation Club is not responsible for any actions taken by the recipients of those emails with respect to your reservation

You can view your points balance, as well as review your reservation summary at your convenience by using our Owner website at marriottvacationclub.com.

Also, feel free to contact us for any questions or concerns you may have regarding your reservation.